UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEM MALMQUIST, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:10-1014 |
| ) | Judge Haynes/Bryant |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE and DAVIDSON COUNTY, ) | |
| TENNESSEE, et al., ) | |
| **)** | |
| Defendants. ) | |

## **O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 3).

An initial case management conference is set for **Wednesday, January 19, 2011, at 9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee.  The parties shall file a proposed case management order three (3) business days prior to January 19, 2011.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge