ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SHEM AND MEREDITH MALMQUIST, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-cv-01014 |
| ) | Magistrate Judge Bryant |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY ) | |
| TENNESSEE AND GERMANTOWN, ) | |
| TENNESSEE ) | |
| ) | |
| Defendants. ) | |

### THE METROPOLITAN GOVERNMENT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Defendant, The Metropolitan Government of Nashville, Tennessee, moves for leave to file a reply brief in support of its motion to dismiss. Defendant filed its motion to dismiss on Tuesday, April 5, 2011. (Doc. No. 23) Plaintiffs filed their response on April 28th (Doc. No. 33), raising several arguments that the Metropolitan Government intends to address through a reply brief. Because of other commitments, however, the Metropolitan Government requests until **Tuesday, May 10, 2011** to file its reply.

THE DEPARTMENT OF LAW OF
THE METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON
COUNTY
Sue Cain (#9380) Director of Law

s/ Kevin C. Klein
Kevin C. Klein (#23301)
Allison L. Bussell (#23538)
Assistant Metropolitan Attorneys
P.O. Box 196300
108 Metropolitan Courthouse
Nashville, Tennessee 37219-6300
(615) 862-6341