IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEM AND MEREDITH MALMQUIST, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-1014 |
| | ) | Magistrate Judge Bryant |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| TENNESSEE and GERMANTOWN, | ) | |
| TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This civil action is before the undersigned Magistrate Judge for all further proceedings, pursuant to the consent of the parties. (Docket Entry Nos. 25, 26).

Currently pending is defendant Germantown, Tennessee's motion to dismiss the claims against it. (Docket Entry No. 38). For the reasons given in the Court's Memorandum filed contemporaneously with this Order, defendant's motion is hereby GRANTED, and the claims against it are DISMISSED. Inasmuch as the claims against co-defendant Metropolitan Government of Nashville, Tennessee were previously dismissed (Docket Entry No. 40), all claims of the complaint have now been adjudicated. Accordingly, plaintiffs' complaint is DISMISSED.

This Order constitutes the final judgment in this action.

So **ORDERED**.

 s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE